IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| FULTON COUNTY, GEORGIA, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

### INTRODUCTION

1.

Plaintiff David Brown ("Plaintiff" or "Mr. Brown") brings this action against Defendant Fulton County, Georgia ("Defendant" or the "County") alleging that the County failed to pay him overtime wages properly under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq ("FLSA").

### PARTIES, JURISDICTION AND VENUE

2.

Mr. Brown is a resident of Atlanta, Georgia, which is located in Fulton County.

3.

Defendant is a political subdivision located in Fulton County and is Mr. Brown's current employer.

4.

Defendant is subject to the personal jurisdiction of this Court.

5.

This Court has jurisdiction over Plaintiffs' FLSA claims under 28 U.S.C. §§ 1331 and 1367.

6.

Venue is proper in this district under 28 U.S.C. §1391 because Defendant is a political subdivision in Fulton County, Georgia, which is within this judicial district.

7.

Venue is also appropriate under 28 U.S.C. §1391(b)(2) because a substantial part of the events giving rise to these claims occurred in this judicial district.

**FACTS**

8.

Mr. Brown has been employed with the County full-time as an animal services coordinator since January 2016.

9.

In December 2021, the County informed Mr. Brown that his position is non-exempt from the FLSA's overtime pay requirements.

10.

After becoming aware of his non-exempt status, Mr. Brown complained to his supervisors that he had been undercompensated for overtime hours he worked in excess of 40 hours per week prior to being informed of his non-exempt status.

11.

Mr. Brown contends that, during the three-year period preceding the commencement of this action, he worked in excess of 300 overtime hours for which he was not compensated properly.

12.

Mr. Brown's annual salary is $63,000.00; thus, based on a 40-hour workweek, his regular rate under the FLSA is $30.29 per hour and his overtime rate is $45.43 per hour.

13.

From January 2016 through December 2021, the County paid Mr. Brown a fixed salary, but did not pay him the overtime premium required by the FLSA for hours worked in excess of 40 per workweek,

14.

The County's pay practices violate the overtime pay requirements of the FLSA, 29 U.S.C. §§ 206, 207. As a result of these unlawful practices, Mr. Brown has suffered damages.

15.

The County's failure to pay minimum and overtime wages to Mr. Brown was willful.

16.

The County had no good faith basis to believe that its pay practices complied with the FLSA.

## COUNT I
## UNPAID OVERTIME IN VIOLATION OF THE FLSA

17.

Plaintiff incorporates the allegations in the preceding paragraphs.

18.

Defendant failed to pay Plaintiff overtime at the required rate of one and one-half times his regular rate of pay for all hours worked in excess of 40 in each workweek.

19.

Plaintiff is entitled to recover overtime pay for all hours worked in excess of 40 in each workweek during the three-year FLSA limitations period, calculated at one and one-half times his regular rate of pay, an equal amount as liquidated damages, as well as his reasonable and necessary attorneys' fees and costs. 29 U.S.C. §§ 207, 216(b).

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

## **PRAYER FOR RELIEF**

Plaintiff demands that judgment be entered against Defendant and in favor of Plaintiff, awarding him:

A. Overtime pay calculated at one and one-half times his regular rate of pay for all hours worked in excess of 40 in each workweek during the three-year FLSA limitations period;

B. An amount equal to his unpaid overtime pay as liquidated damages;

C. Reasonable and necessary attorneys' fees, costs and expenses of this action; and

D. Such other and further relief as the Court may deem just and equitable.

Respectfully Submitted,

*/s/Gregory R. Fidlon*
Gregory R. Fidlon
Georgia Bar No. 259317
FIDLON LEGAL, PC
3355 Lenox Road, Suite 750
Atlanta, Georgia 30326
Tel: (844) 529-4967
Fax: (844) 529-4329
greg@fidlonlegal.com

*Attorneys for Plaintiff*